CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Edilberto Marroquin-Ramirez<br>DOB: XX/XX/1986; Citizen of Mexico;<br>A#: 209 802 301 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>17-04473MJ |
| Complaint for violation of Title 18 | United States Code § 1028A and 1028(a)(4) |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE<br>ON OR ABOUT<br>September 13, 2017 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known)<br>Calle Morelos S/N San Luis Acatlan, Guerrero, Mexico |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** From a time unknown to on or about September 13, 2017, at or near Nogales, in the District of Arizona, **Edilberto Marroquin-Ramirez**, did knowingly transfer, possess and use without lawful authority, a means of identification of another person, to wit: a Border Crossing Card, Form DSP-150 in the name of Roberto Alejandro Lopez-Sanchez, during and in relation to the commission of felonious unlawful activity that constitutes a violation of Title 18, United States Code, Section 1546, Fraud and Misuse of Visas and Other Documents, all in violation of Title 18, United States Code, Section 1028A.

**COUNT 2:** From a time unknown to on or about September 13, 2017, at or near Nogales, in the District of Arizona, the defendant, **Edilberto Marroquin-Ramirez**, did knowingly possess an identification document, that is a Border Crossing Card, Form DSP-150, in the name of Roberto Alejandro Lopez-Sanchez, which was one that was not lawfully issued to the defendant for the defendant's own personal use, with the intent that such document be used to defraud the United States, that is to gain unlawful entry into the United States, in violation of Title 18, United States Code, Section 1028(a)(4) and 1028(b)(6).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 13, 2017, at or near Nogales, in the District of Arizona, the defendant, **Edilberto Marroquin-Ramirez**, obtained, possessed and used a Border Crossing Card, Form DSP-150, at the Port of Entry as proof to United States Customs and Border Protection Officers that he had legal authority to enter into the United States. The Border Crossing Card, Form DSP-150, was not lawfully issued to the defendant for the defendant's own personal use, but was issued to another real person, which the defendant knew. Defendant intended that such document be used for him to gain unlawful entry into the United States from Mexico, which would defraud the United States. **Edilberto Marroquin-Ramirez** is a citizen of Mexico with no legal authority to enter into the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Authorized by AUSA  CMN | SIGNATURE OF COMPLAINANT<br>(official title)<br>David Soria / Marco A.<br>OFFICIAL TITLE   Entralujr.<br>CBPO/E |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE<br>/s/ Velasco | DATE<br>September 14, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54